■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMIE SMITH, Appellant. [843 NYS2d 512]—Appeal by the defendant from an order of the County Court, Suffolk County (Hudson, J.), dated June 30, 2006, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the County Court's determination designating him a level two sex offender was supported by clear and convincing evidence, and therefore should not be disturbed (*see* Correction Law § 168-n [3]; *People v Glenn,* 24 AD3d 427 [2005]; *People v Gambetta,* 19 AD3d 571 [2005]). Rivera, J.P., Covello, Angiolillo and Dickerson, JJ., concur.